FILED

MAY 25 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ESTEBAN HERNANDEZ,<br><br>　　　　　Petitioner,<br><br>v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>　　　　　Respondent. | Nos. 15-72945, 15-73559, 16-71207<br><br>Agency No. A092-330-324<br><br>CAED Case No. 2:16-cv-1192 TLN EFB<br><br>ORDER |

Before: REINHARDT, MURGUIA, and OWENS, Circuit Judges.

The court's May 24, 2016 order is vacated.

The motions to consolidate petition Nos. 15-72945, 15-73559, and 16-71207 are granted. *See* 8 U.S.C. § 1252(b)(6).

Petitioner's motions to proceed in forma pauperis in petition Nos. 15-72945, 15-73559, and 16-71207 are granted. The Clerk shall amend the dockets to reflect this status.

We find that a genuine issue of material fact exists as to petitioner's claim of United States citizenship. Accordingly, we transfer the proceedings to the United States District Court for the Eastern District of California for a de novo review of

FG/MOATT

petitioner's citizenship claim.  *See* 8 U.S.C. § 1252(b)(5)(B); *Agosto v. INS*, 436 U.S. 748, 761 (1978); *Chau v. INS*, 247 F.3d 1026, 1032 (9th Cir. 2001).

We also determine that the appointment of pro bono counsel would benefit the court's review.  The court by this order expresses no opinion as to the merits of this petition or petitioner's claim(s).  The Clerk shall enter an order to appoint counsel for the purpose of representing petitioner in district court proceedings.  If petitioner objects to the court's appointment of counsel, petitioner shall file a written objection within 14 days after the filing date of this order.

We hold the petitions for review and all pending motions in abeyance pending the district court's determination.

FG/MOATT

General Docket
United States Court of Appeals for the Ninth Circuit

**Court of Appeals Docket #:** 15-72945
Esteban Hernandez v. Loretta Lynch
**Appeal From:** Board of Immigration Appeals
**Fee Status:** IFP

**Case Type Information:**
  1) agency
  2) review
  3) Los Angeles Central California

**Originating Court Information:**
  **District:** BIA-1 : A092-330-324
  **Date Rec'd COA:**
  09/25/2015

**Prior Cases:**
  None

**Current Cases:**

|  | Lead | Member | Start | End |
|---|---|---|---|---|
| Companion | | | | |
|  | 15-73559 | 16-71207 | 04/27/2016 | |
| Consolidated | | | | |
|  | 15-72945 | 15-73559 | 05/24/2016 | |
|  | 15-72945 | 16-71207 | 05/24/2016 | |

ESTEBAN HERNANDEZ (-: #148855)
       Petitioner,

Esteban Hernandez
[NTC Pro Se]
CDC - CALIFORNIA DEPARTMENT O
Yuba County Jail
P.O. Box 1031
Marysville, CA 95901

 v.

LORETTA E. LYNCH, Attorney General
       Respondent,

Anthony Cardozo Payne, Senior Litiga
[COR LD NTC Government]
DOJ - U.S. Department of Justice
Civil Division/Office of Immigration Litig
P.O. Box 878, Benjamin Franklin Stati
Washington, DC 20044

Colette Jabes Winston, Esquire, Attorn
[COR LD NTC Government]
DOJ - U.S. Department of Justice
Civil Division/Office of Immigration Litig
P.O. Box 878, Benjamin Franklin Stati
Washington, DC 20044

Chief Counsel ICE
[NTC Government]
OFFICE OF THE CHIEF COUNSEL
Department of Homeland Security

P.O. Box 26449
San Francisco, CA 94126-6449

OIL
[COR NTC Government]
DOJ - U.S. Department of Justice
Civil Division/Office of Immigration Litig
P.O. Box 878, Benjamin Franklin Stati
Washington, DC 20044

| |
|---|
| ESTEBAN HERNANDEZ, <br><br>       Petitioner, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General, <br><br>       Respondent. |

| Date | Doc | Description |
|---|---|---|
| 09/25/2015 | 1 — 40 pg, 862.37 KB | FILED PRO SE BIA PETITION FOR REVIEW AND MOTION FOR STAY. DO ENTERED APPEARANCE OF COUNSEL. Pursuant to G.O. 6.4 (c)(1)(3) A T REMOVAL IS IN EFFECT pending further order. Petitioner detained: Yes. Th Certified Administrative Record due 11/20/2015. Response to motion for stay E. Lynch, Attorney General. (Motion for IFP within petition) [9696418][COURT Attached, resent NDA,- 09/28/2015 by BY) (IV) [Entered: 09/25/2015 11:21 A |
| 09/25/2015 | 2 | Filed Petitioner Esteban Hernandez motion to proceed In Forma Pauperis. De 09/21/2015. [9696434] (IV) [Entered: 09/25/2015 11:23 AM] |
| 10/01/2015 | 3 — 2 pg, 13.44 KB | Filed (ECF) notice of appearance of Anthony, C., Payne for Respondent Lore 10/01/2015. [9703947] [15-72945] (Payne, Anthony) [Entered: 10/01/2015 01 |
| 10/01/2015 | 4 — 2 pg, 13.45 KB | Filed (ECF) notice of appearance of Colette, Winston for Respondent Loretta 10/01/2015. [9703973] [15-72945] (Winston, Colette) [Entered: 10/01/2015 01 |
| 10/01/2015 | 5 | Added attorney Anthony Cardozo Payne, Colette Jabes Winston for Loretta E [9704653] (RR) [Entered: 10/01/2015 05:06 PM] |
| 10/06/2015 | 6 — 1578 pg, 26.54 MB | Filed (ECF) Certified Administrative Record by Executive Office of Immigratio 72945] (Executive Office Of Immigration Review, DOJ) [Entered: 10/06/2015 |
| 10/13/2015 | 7 — 94 pg, 6.89 MB | Received original and 0 copies of Petitioner Esteban Hernandez brief (Inform 10/07/2015. Major deficiencies: motions pending, brief is oversized. Notified p [Entered: 10/13/2015 03:03 PM] |
| 10/23/2015 | 8 — 4 pg, 143.27 KB | Filed Petitioner Esteban Hernandez motion requesting leave to file an oversoi None. Served on 10/15/2015. [9732285] (RR) [Entered: 10/26/2015 11:37 AM |
| 12/07/2015 | 9 — 9 pg, 32.95 KB | Filed (ECF) Respondent Loretta E. Lynch response opposing motion ([1] For removal). Date of service: 12/07/2015. [9781797] [15-72945] (Winston, Colett 11:35 AM] |
| 12/11/2015 | 11 — 2 pg, 33.63 KB | Received notice of change of address dated 12/08/2015 from Esteban Hernan Yuba County Jail, Booking ID #148855, A092-330-324, P.O. Box 1031, Marys (RR) [Entered: 12/22/2015 03:32 PM] |
| 12/15/2015 | 10 — 4 pg, 18.78 KB | Filed (ECF) Respondent Loretta E. Lynch Motion to consolidate cases 15-729 service: 12/15/2015. [9793009] [15-72945] (Winston, Colette) [Entered: 12/15 |
| 12/28/2015 | 12 — 2 pg, 35.92 KB | Received Petitioner Esteban Hernandez in 15-72945, 15-73559 notice regard (address has already been add) requesting case numbers. (Docket sheet sen 73559] (RR) [Entered: 12/29/2015 04:41 PM] |
| 01/14/2016 | 13 — 3 pg, 98.72 KB | Filed Petitioner Esteban Hernandez letter dated 01/10/2016 re: Requesting co Paper filing deficiency: None. [9828643] (RL) [Entered: 01/15/2016 08:25 AM |
| 01/15/2016 | 14 | Sent copy of 12/15/2015 Motion to Petitioner as a one time courtesy in respo 01/14/2016. [9829440] (JR) [Entered: 01/15/2016 02:16 PM] |
| 01/15/2016 | 15 — 4 pg, 176.22 KB | Received Petitioner Esteban Hernandez notice requesting copy of Responder motion for stay of removal. [9835249] (RR) [Entered: 01/21/2016 11:50 AM] |
| 01/19/2016 | 16 — 30 pg, 1.26 MB | Filed Petitioner Esteban Hernandez reply to response to Respondent's respor a stay of removal. [9835823] (RR) [Entered: 01/21/2016 02:44 PM] |
| 01/22/2016 | 17 | Sent Appellant copy of Respondent's Opposition to Petitioner's Motion for Sta numbers 15-72945 & 15-73559 as a one time courtesy in response to letter o he did not receive them due to address change. [9836669] (JR) [Entered: 01/ |

| | | |
|---|---|---|
| 03/10/2016 | ☐ 18 🔒<br>10 pg, 434.01 KB | Filed Petitioner Esteban Hernandez motion to consolidate case number15-73<br>certificate of service. [9898847] (RR) [Entered: 03/11/2016 12:50 PM] |
| 05/24/2016 | ☐ 19<br>2 pg, 43.35 KB | Filed order (STEPHEN REINHARDT, MARY H. MURGUIA and JOHN B. OW<br>consolidate petition Nos. 15-72945, 15-73559, and 16-71207 are granted. Se<br>Petitioner's motions to proceed in forma pauperis in petition Nos. 15-72945, 1<br>granted. The Clerk shall amend the dockets to reflect this status. We find that<br>fact exists as to petitioner's claim of United States citizenship. Accordingly, we<br>the United States District Court for the Central District of California for a de no<br>citizenship claim. See 8 U.S.C. § 1252(b)(5)(B); Agosto v. INS, 436 U.S. 748,<br>247 F.3d 1026, 1032 (9th Cir. 2001). We hold the petitions for review and all p<br>pending the district court's determination. [9988365] [15-72945, 15-73559, 16<br>05/24/2016 09:46 AM] |
| 05/25/2016 | ☐ 20<br>2 pg, 44.49 KB | Filed order (STEPHEN REINHARDT, MARY H. MURGUIA and JOHN B. OW<br>2016 order is vacated. The motions to consolidate petition Nos. 15-72945, 15<br>granted. See 8 U.S.C. § 1252(b)(6). Petitioner's motions to proceed in forma p<br>72945, 15-73559, and 16-71207 are granted. The Clerk shall amend the dock<br>find that a genuine issue of material fact exists as to petitioner's claim of Unite<br>Accordingly, we transfer the proceedings to the United States District Court fo<br>California for a de novo review of petitioner's citizenship claim. See 8 U.S.C. §<br>INS, 436 U.S. 748, 761 (1978); Chau v. INS, 247 F.3d 1026, 1032 (9th Cir. 20<br>the appointment of pro bono counsel would benefit the court's review. The co<br>no opinion as to the merits of this petition or petitioner's claim(s). The Clerk sh<br>counsel for the purpose of representing petitioner in district court proceedings<br>court's appointment of counsel, petitioner shall file a written objection within 1<br>this order. We hold the petitions for review and all pending motions in abeyan<br>court's determination. [9990993] [15-72945, 15-73559, 16-71207] (KD) [Enter |

Clear All

◉ Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

**Selected Pages:** 0    **Selected Size:** 0 KB
**Totals reflect accessible documents only and do not include unauthorized restricted documents.**

View Selected