CARTER C. WHITE, CSB # 164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, CA 95616-8821
Telephone: 530.752.5440
Facsimile: 530.752.5788
ccwhite@ucdavis.edu
Attorney for Petitioner Esteban Hernandez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN HERNANDEZ, | Case NO. 2:16-CV-01192-TLN-EFB |
| Petitioner, | STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER |
| v. | |
| JEFFERSON B. SESSIONS III, | |
| Respondent | |

Pursuant to E.D. Cal. Local Rules 143 and 144, the parties submit this stipulation and proposed order to modify the Scheduling Order.

The Ninth Circuit transferred this matter to this Court for a de novo review of Petitioner's citizenship claim under 8 U.S.C. 1252(b)(5)(B). The Court entered a Scheduling Order with a discovery cutoff of August 31, 2017, and a deadline for dispositive motions to be heard of November 2, 2017. ECF No. 15.

Good cause exists for a modification of the schedule in this matter. Petitioner is represented by the UC Davis Civil Rights Clinic (Clinic), an educational program of the University of California, Davis School of Law. Certified Law Students perform the bulk of the work on the Clinic's cases. The law school does not hold classes during the summer, and a new

1

group of law students will begin working on cases on August 21, 2017. The supervising attorney of the Clinic initially believed that only written discovery would be needed in this case. It has recently come to light that several depositions will need to be completed in this case. There is good cause to extend the discovery cutoff in this matter in order to allow Clinic students to participate in defending and possibly taking depositions in this case during the fall 2017 semester.

      Therefore, the parties ask the Court to enter an order modifying the Scheduling Order, extending the deadline for completion of discovery to November 29, 2017, and extending the deadline for dispositive motions to be heard to February 15, 2018.

Dated: July 10, 2017

Respectfully submitted,

*/S/ Carter C. White*

———————————————
CARTER C. WHITE

Attorney for Plaintiff,
Esteban Hernandez

*/S/ Yedidya Cohen*

———————————————
YEDIDYA COHEN
LANCE L. JOLLEY
KATHARINE E. CLARK

Attorneys for Respondent,
Jefferson B. Sessions III

## ORDER

Good cause having been shown, it is hereby ORDERED that the scheduling order is modified, that all discovery shall be completed by November 29, 2017, and that dispositive motions shall be heard no later than **February 22, 2018**.

Dated: July 11, 2017

Troy L. Nunley
United States District Judge