JEFFERSON B. SESSIONS III
United States Attorney General

CHAD A. READLER
Principal Deputy Assistant Attorney General,
U.S. Department of Justice, Civil Division

KATHARINE E. CLARK
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
Pennsylvania Bar No. PA203052

LANCE L. JOLLEY
Trial Attorney
Arizona Bar No. 025033

YEDIDYA COHEN
Trial Attorney
California Bar No. 259115
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4480
Email: yedidya.cohen@usdoj.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN HERNANDEZ, | Case No.: 2:16-CV-01192-TLN-EFB |
| Petitioner, | |
| v. | **Stipulation And Order of Dismissal** |
| JEFFERSON B. SESSIONS III, | |
| Respondent. | |

### [Proposed] <u>STIPULATION AND ORDER OF DISMISSAL</u>

IT IS HEREBY STIPULATED AND AGREED between the parties that the above entitled case be dismissed as Petitioner acknowledges that he will be unable to prove that his

1

mother had been physically present in the United States or one of its outlying possessions for a continuous period of one year, prior to Petitioner's birth, such that Petitioner would have derived citizenship from his mother pursuant to 8 U.S.C. § 1409(c) (as in effect in 1975 at the time of Plaintiff's birth), assuming *arguendo* that Petitioner's mother was a United States citizen at the time of his birth. This stipulation, that Petitioner will be unable to prove that he is a United States citizen, constitutes a final decision on Petitioner's citizenship claim. The parties shall notify the United States Court of Appeals for the Ninth Circuit within 10 days of entry of this order, so that the petitions for review pending in that Court can proceed.

Executed this 17th day of November, 2017.

/s/ Carter C. White
Carter C. White, CSB # 164149
King Hall Civil Rights Clinic
U.C. Davis School of Law
*Attorney for Petitioner*

Executed this 17th day of November, 2017.

/s/ Yedidya Cohen
YEDIDYA COHEN
LANCE L. JOLLEY
KATHARINE E. CLARK
*Attorneys for Respondent*

## ORDER

It is hereby ordered that this case be returned to the United States Court of Appeals for the Ninth Circuit.

Dated: November 20, 2017

Troy L. Nunley
United States District Judge